IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 26 2023

JEFFREY P. COLWELL
CLERK

Civil Action No. _____
(To be supplied by the court)

Jack Cole _____, Plaintiff

v.

El Paso County Deputy Sheriff Payne _____,

_____,

_____, Defendant(s).

**Jury Trial requested:**
(please check one)
✓ Yes ___ No

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

**PRISONER COMPLAINT**

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

A. **PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Jack Cole  CJC# A033 1196  2739 E Las Vegas St
(Name, prisoner identification number, and complete mailing address)

Colo. Sprs., CO 80906
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

✓  Pretrial detainee
___ Civilly committed detainee
___ Immigration detainee
___ Convicted and sentenced state prisoner
___ Convicted and sentenced federal prisoner
___ Other: (*Please explain*) _____


B. **DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: El Paso County Deputy Sheriff Payne
(Name, job title, and complete mailing address)
Court Prasport, 2739 E Las Vegas Colo. Sprs CO 80906

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (*check one*). Briefly explain:

In charge of transporting me to my court hearing in 4th JD. 23M7414 People v Cole

Defendant 1 is being sued in his/her ✓ individual and/or ✓ official capacity.

2

Defendant 2: __El Paso County Sheriff Roybal__
(Name, job title, and complete mailing address)
__2739 E Los Vegas Clo Sprs Co 80906__

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✔ Yes ___ No (check one). Briefly explain:

__Supervisor of Dep. Payne__

_____

Defendant 2 is being sued in his/her ✔ individual and/or ✔ official capacity.

Defendant 3: _____
(Name, job title, and complete mailing address)

_____

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes ___ No (check one). Briefly explain:

_____

_____

Defendant 3 is being sued in his/her ___ individual and/or ___ official capacity.

## C. JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

✔ State/Local Official (42 U.S.C. § 1983)

___ Federal Official
As to the federal official, are you seeking:
___ Money damages pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971)
___ Declaratory/Injunctive relief pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1361, or 28 U.S.C. § 2201

✔ Other: *(please identify)* __state 13-21-131   CRS__
__24-10-106__

3

D.  **STATEMENT OF CLAIM(S)**
*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: Constitutional Violation Amed 14th and it's Colo. equivelent for denial of Court access

Claim one is asserted against these Defendant(s): Payne severly and Robal Jointly

Supporting facts:

① At 4:30pm on 12-16-23 the court transport deputy, namely defendant Payne came to my ward F-4 @ CJC to Provide me transport to my court hearing in People v Cole 23M7414 E1 Paso County

② as I approched payne with my motion to dismiss 23M7414 in my hand as I proceed pro se, Payne said "Im not going to transport you to court if your taking a bunch of shit with you." I said, "Its merely a paper motion to dismiss because Im pro se." Then I showed him the case Law , 4 continued on Exhibit A attached hereto

Exhibit A  Statement of the Claims

Viz, Maddox v People 178 Colo 366 497 P.2d 1263 (1972) and read it to him "... the Court shall take Notice of a Motion to dismiss in any type of hearing..."

(3) Payne refused me transport to court so long as I had my motion even after I advised him Im pro se

(4) Payne did this with malice culpability

(5) Defendant Sheriff Roybal creates policy that precludes pro se defendants from bring motions to court hearings

(6) The defendants acted in concert

(7) The acts and omissions violate my Const right to access the Courts

Cole v PAYNE

### E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ✓ Yes ___ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s): _CSPD/23cv3082 | Dr. Santini/22cv2225_

Docket number and court: _____

Claims raised: _mal Prosecution / medical Indifferral_

Disposition: (is the case still pending? has it been dismissed?; was relief granted?) _Pending_

Reasons for dismissal, if dismissed: _____

Result on appeal, if appealed: _____

### F. ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

✓ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

✓ Yes ___ No (*check one*) I attempted to file a step-one ten minutes after violation, viz 4:40pm 12/16/23 where Floor Deputy Aussieker assisted me in realizing the means to file such, CJC Kiosk, precluded me from doing so in any compacity.

G. **REQUEST FOR RELIEF**

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

① Jury
② Declaration
③ Judgment in my favor
④ Damages
⑤ Punitive Damages
⑥ Injunction (Pre-trial)
⑦ Fees, Intrest, Cost, Attorney fees
⑧ Any other just, equitable, or proper remedy the court sees fit.

H. **PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_Archie-Before Allen Cole_
(Plaintiff's signature)

_12/16/23_
(Date)

(Revised November 2022)

Jeffrey Vincent
Criminal Justice Center
Detention Facility
2739 E. Las Vegas Street
Colorado Springs, CO 80906
LEGAL MAIL

A0354890

NEOPOST  FIRST-CLASS MAIL
12/21/2023  US POSTAGE  $002.31⁰
ZIP 80906
041M11284826

UNCENSORED
INMATE MAIL

Office of the Clerk
United States District Court
901 19th Street Room A105
Denver CO
80294-3589

